TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00531-CR







James King, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 001502, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Mr. James B. Matthews, is ordered to tender a brief in this cause no later than December
9, 2002. No further extension of time will be granted.

It is ordered November 15, 2002. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish